IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BRENDA L. FERRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:04cv0115 |
| v. ) | |
| ) | Judge Thomas A. Wiseman, Jr. |
| MICHAEL J. ASTRUE,[1] ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Plaintiff Brenda L. Ferrell filed this civil action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of the final decision of the Commissioner of Social Security ("Defendant" or "Commissioner") denying Plaintiff's claim for Disability Insurance Benefits ("DIB") and Supplemental Security Insurance ("SSI"), as provided under Title II and Title XVI of the Social Security Act ("the Act"), as amended. Before the Court is Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 11), to which the Defendant has filed a Response in opposition (Doc. No. 16). This Court must affirm if it finds that the Commissioner's decision is supported by substantial evidence in the record and that the Commissioner did not commit any legal errors in the process of reaching that decision. 42 U.S.C. § 405(g); *Landsaw v. Sec'y of Health & Human Servs.*, 803 F.2d 211, 213 (6th Cir. 1986).

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the ALJ's determination at step four of the sequential analysis that Plaintiff is able to perform her past relevant work is supported by substantial evidence in the record and that the Commissioner applied the appropriate legal standards in reaching that conclusion. Each of Plaintiff's objections to his findings is therefore overruled, and the Plaintiff's motion for judgment is **DENIED**. The Commissioner's decision is **AFFIRMED**, and Judgment is hereby entered in favor of the Defendant.

It is so **ORDERED.**

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of the Social Security Administration. Fed. R. Civ. P. 25(d)(1).

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge